UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                  03 MDL 1570 (GBD)(SN)

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

AHMED AHMED; STEVEN AVELLINO AND MARGARET CAIN; AUSTINE BLACKSON; JAMES BRADY; BRENDON BREWSTER; GABRIEL BUONINCONTRI; HUMAYUN Q. BUTT; MICHAEL CASCIO AND AILEEN CASCIO; BULENT CELIK; PIETRO CIRONE; FREDRICK A. CLARK AND BONITA CLARK; JIMMIE DAVIS AND DOROTHY DAVIS; ERIC DELLAQUILA; HUANG EDDIE; MARTIN EDELMAN; JENNY FELIX-SOLANO; JAMES FLEMING; JOHN FRATANGELO; ERNEST GENTILE; THOMAS J. GENTILE AND SHANNON GENTILE; KENNETH GRAHAM; DOROTHY GRAHAM-BLACK; JUSTIN HAY AND MARIAN CATO-HAY; STEPHEN HOLIHAN; EMMETT C. HOSKINS AND GLORIA HOSKINS; MICHAEL JANKOWSKI; PETER JOSEPH AND SHARON JOSEPH; MORGAN S. KARP; LEO KEHOE; VICTOR LAGUER; EDWIN MAHER; BRENDAN MARTINEZ; GREGORY MCCANTS; BRIAN MCCONVILLE; ANDREW MCCREA AND JEANINE MCCREA; RICHARD MCMAHON; SHAUN MCNALLY; URI MCPHILL; THOMAS MICHEL; ROSZEL MORRIS; STEPHANIE MOUKAZIS; RITA NDOCI; JAMES PALMIERI; DAVID PETERSON; PETER A. PETITO AND CATHERINE PETITO; GREGORY PHILLIPS; PEDRO LUIS QUILES; MICHAEL REGAN; JUDY RESNICK; VERNEL RHODEN; MAREK ROLEK; AHOUVA RUBINSTEIN; CHRISTOPHER RYAN AND DIANNA RYAN; EDWARD

**SAUDI ARABIA SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

1

**SACCO; MICHAEL SCHWEIGER AND CAREN SCHWIEGER; JONATHAN SFERAZO AND LENA SFERAZO; GREG SHAVEL; DEREK SMITH AND KEACHA SMITH; NETA SMITH; EDWARD SZEWCZYK AND LIDIA SZEWCZYK; THOMAS WHITSETT; AND KATHY WILLIAMS**

**PLAINTIFF(S),**

-against-

**KINGDOM OF SAUDI ARABIA,**

**DEFENDANT.**

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district.

Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☑ 28 U.S. C. § 1605(a)(5) (non-commercial tort exception)

- ☑ 28 U.S. C. § 1605B (Justice against Sponsors of Terrorism Act)

- ☑ 28 U.S. C. § 1330 (actions against foreign states)

- ☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

    _____

    _____

    _____.

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☑ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

- ☑ COUNT I - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

- ☑ COUNT II - Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

- ☑ COUNT III - Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333.

- ☑ COUNT IV - Wrongful Death.

- ☑ COUNT VI - Alien Tort Claims Act.

- ☑ COUNT VII - Assault and Battery.

- ☑ COUNT VIII - Conspiracy.

- ☑ COUNT IX - Aiding and Abetting.

- ☑ COUNT X - Intentional Infliction of Emotional Distress.

- ☑ COUNT XII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

- ☑ COUNT XIII - Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

- ☑ COUNT XIV - 18 U.S.C. § 1962(a)-(d) – CIVIL RICO.

- ☑ COUNT XV - Trespass.

- ☑ COUNT XVI - Violations of International Law.

☐ **Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

- ☐ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

- ☐ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

- ☐ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

- ☐ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

- ☐ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

☐     Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐     Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

    a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

    c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as

otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: <u>January 2, 2019</u>   Respectfully Submitted,

<u>/s/ Christopher R. LoPalo</u>
Christopher R. LoPalo (CL-6466)
Paul J. Napoli (PN-8845)
Jaquay Felix (JF-6030)
**NAPOLI SHKOLNIK PLLC**
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone (212) 397-1000
clopalo@napolilaw.com
pnapoli@napolilaw.com
jfelix@napolilaw.com

*COUNSEL FOR PLAINTIFFS*

See Appendix 1 Annexed

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Ahmed Ahmed | NJ | USA | | | | Personal Injury |
| 2. | Steven Avellino | NY | USA | | | | Personal Injury |
| 3. | Margaret Cain | NY | USA | | | | Loss of Consortium |
| 4. | Austine Blackson | NY | USA | | | | Personal Injury |
| 5. | James Brady | NY | USA | | | | Personal Injury |
| 6. | Brendon Brewster | FL | USA | | | | Personal Injury |
| 7. | Gabriel Buonincontri | NY | USA | | | | Personal Injury |
| 8. | Humayun Q. Butt | NY | USA | | | | Personal Injury |
| 9. | Michael Cascio | NY | USA | | | | Personal Injury |
| 10. | Aileen Cascio | NY | USA | | | | Loss of Consortium |
| 11. | Bulent Celik | NJ | USA | | | | Personal Injury |
| 12. | Pietro Cirone | NY | USA | | | | Personal Injury |
| 13. | Fredrick A. Clark | NC | USA | | | | Personal Injury |
| 14. | Bonita Clark | NC | USA | | | | Loss of Consortium |
| 15. | Jimmie Davis | NY | USA | | | | Personal Injury |
| 16. | Dorothy Davis | NY | USA | | | | Loss of Consortium |
| 17. | Eric Dellaquila | NY | USA | | | | Personal Injury |
| 18. | Huang Eddie | NY | USA | | | | Personal Injury |
| 19. | Martin Edelman | NY | USA | | | | Personal Injury |
| 20. | Jenny Felix-Solano | NJ | USA | | | | Personal Injury |
| 21. | James Fleming | NY | USA | | | | Personal Injury |
| 22. | John Fratangelo | NY | USA | | | | Personal Injury |
| 23. | Ernest Gentile | NY | USA | | | | Personal Injury |
| 24. | Thomas J. Gentile | NY | USA | | | | Personal Injury |
| 25. | Shannon Gentile | NY | USA | | | | Loss of Consortium |
| 26. | Kenneth Graham | NY | USA | | | | Personal Injury |
| 27. | Dorothy Graham-Black | NY | USA | | | | Personal Injury |
| 28. | Justin Hay | NJ | USA | | | | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29. | Marian Cato-Hay | NJ | USA | | | | Loss of Consortium |
| 30. | Stephen Holihan | NY | USA | | | | Personal Injury |
| 31. | Emmett C. Hoskins | NY | USA | | | | Personal Injury |
| 32. | Gloria Hoskins | NY | USA | | | | Loss of Consortium |
| 33. | Michael Jankowski | NY | USA | | | | Personal Injury |
| 34. | Peter Joseph | NY | USA | | | | Personal Injury |
| 35. | Sharon Joseph | NY | USA | | | | Loss of Consortium |
| 36. | Morgan S. Karp | NY | USA | | | | Personal Injury |
| 37. | Leo Kehoe | NY | USA | | | | Personal Injury |
| 38. | Victor Laguer | FL | USA | | | | Personal Injury |
| 39. | Edwin Maher | NY | USA | | | | Personal Injury |
| 40. | Brendan Martinez | NY | USA | | | | Personal Injury |
| 41. | Gregory McCants | NY | USA | | | | Personal Injury |
| 42. | Brian McConville | NY | USA | | | | Personal Injury |
| 43. | Andrew McCrea | NY | USA | | | | Personal Injury |
| 44. | Jeanine McCrea | NY | USA | | | | Loss of Consortium |
| 45. | Richard McMahon | NY | USA | | | | Personal Injury |
| 46. | Shaun McNally | NY | USA | | | | Personal Injury |
| 47. | Uri McPhill | NY | USA | | | | Personal Injury |
| 48. | Thomas Michel | NY | USA | | | | Personal Injury |
| 49. | Roszel Morris | NY | USA | | | | Personal Injury |
| 50. | Stephanie Moukazis | NY | USA | | | | Personal Injury |
| 51. | Rita Ndoci | NY | USA | | | | Personal Injury |
| 52. | James Palmieri | NJ | USA | | | | Personal Injury |
| 53. | David Peterson | NY | USA | | | | Personal Injury |
| 54. | Peter A. Petito | NY | USA | | | | Personal Injury |
| 55. | Catherine Petito | NY | USA | | | | Loss of Consortium |
| 56. | Gregory Phillips | NY | USA | | | | Personal Injury |
| 57. | Pedro Luis Quiles | NY | USA | | | | Personal Injury |
| 58. | Michael Regan | NY | USA | | | | Personal Injury |
| 59. | Judy Resnick | NY | USA | | | | Personal Injury |
| 60. | Vernel Rhoden | NY | USA | | | | Personal Injury |
| 61. | Marek Rolek | NY | USA | | | | Personal Injury |
| 62. | Ahouva Rubinstein | NY | USA | | | | Personal Injury |
| 63. | Christopher Ryan | NY | USA | | | | Personal Injury |
| 64. | Dianna Ryan | NY | USA | | | | Loss of Consortium |
| 65. | Edward Sacco | NY | USA | | | | Personal Injury |
| 66. | Michael Schweiger | NY | USA | | | | Personal Injury |
| 67. | Caren Schwieger | NY | USA | | | | Loss of Consortium |
| 68. | Jonathan Sferazo | NY | USA | | | | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69. | Lena Sferazo | NY | USA | | | | Loss of Consortium |
| 70. | Greg Shavel | NY | USA | | | | Personal Injury |
| 71. | Derek Smith | NY | USA | | | | Personal Injury |
| 72. | Keacha Smith | NY | USA | | | | Loss of Consortium |
| 73. | Neta Smith | NY | USA | | | | Personal Injury |
| 74. | Edward Szewczyk | NY | USA | | | | Personal Injury |
| 75. | Lidia Szewczyk | NY | USA | | | | Loss of Consortium |
| 76. | Thomas Whitsett | NY | USA | | | | Personal Injury |
| 77. | Kathy Williams | NY | USA | | | | Personal Injury |